UNITED STATES, to Use of TOM J. GARDNER LUMBER CO., v. BOOMER et al.

(Circuit Court of Appeals, Eighth Circuit. December 19, 1910.)

No. 3,305.

In Error to the Circuit Court of the United States for the District of Colorado.

Action at law by the United States, for the use of the Tom J. Gardner Lumber Company, against L. E. Boomer and others. Judgment for defendants, and plaintiff brings error. Affirmed.

Allen M. Lambright, for plaintiff in error.

H. L. Lubers and C. E. Sydner, for defendants in error.

Before VAN DEVANTER and HOOK, Circuit Judges, and CARLAND, District Judge.

CARLAND, District Judge. The judgment of the United States Circuit Court for the District of Colorado in this case is affirmed, for reasons stated in the opinion of the court filed in No. 3,306, United States, for the Use of the Gibson Lumber Company, v. L. E. Boomer et al., 183 Fed. 726.